# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0335. ALEXANDER LORENZO JACKSON v. THE STATE.**

Alexander Lorenzo Jackson was convicted of rape and false imprisonment. Following the denial of his motion for new trial, we affirmed his convictions on appeal. *Jackson v. State*, 334 Ga. App. 469 (779 SE2d 700) (2015). Following his appeal, Jackson filed a pro se extraordinary motion for new trial. The trial court dismissed the motion on February 9, 2023, and Jackson filed a motion for reconsideration, which the trial court denied on February 20, 2023. Jackson then filed a notice of appeal on March 22, 2023. We lack jurisdiction for several reasons.

First, OCGA § 5-6-35 (a) (7) requires a discretionary application to appeal from an order denying or dismissing an extraordinary motion for new trial. *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Next, even if Jackson was entitled to a direct appeal of the order denying the extraordinary motion for new trial, this appeal is untimely. A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Jackson's notice of appeal was filed on March 22, 2023, 41 days after entry of the trial court's order dismissing the extraordinary motion for new trial.

Finally, the denial of a motion for reconsideration is not appealable in its own right, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and the filing of such a motion does not extend the time for filing a notice of appeal. See

*Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183, 183 (1) (441 SE2d 452) (1994).

 For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta, __11/13/2023__*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*